IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. ALLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01138-STA-jay |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER DISMISSING § 2241 PETITION WITHOUT PREJUDICE

Petitioner William C. Allen has filed a *pro se* habeas corpus petition (the "Petition") pursuant to 28 U.S.C. § 2241.  (ECF No. 1.)  For the following reasons, the Petition is **DISMISSED** without prejudice.

The Petition asserts that the Federal Bureau of Prisons ("BOP") has failed "to award[] jail time credits" towards Allen's federal sentence.  (*Id.* at 6.)  A federal prisoner's challenge to the calculation of sentencing credits by the BOP is cognizable under 28 U.S.C. § 2241.  *See United States v. Dowell*, 16 F. App'x 415, 420 (6th Cir. 2001) ("[A] prisoner may seek judicial review of the computation of [his] credit[s] under 28 U.S.C. § 2241[.]").  However, before proceeding in federal court, the prisoner must "exhaust[] all of his administrative remedies" through the BOP.  *Id.*

The Petition, which was filed on this district's official § 2241 form, indicates "No" to Paragraph 7's question "Did you . . . file a grievance, or seek an administrative remedy?"  (ECF

No. 1 at 2.)  The Petition is therefore **DISMISSED** without prejudice for Petitioner's failure to exhaust his administrative remedies.[1]

    **IT IS SO ORDERED**.

                                        **s/ S. Thomas Anderson**
                                        S. THOMAS ANDERSON
                                        CHIEF UNITED STATES DISTRICT JUDGE

                                        Date: August 25, 2022.

---

[1] Federal prisoners who file petitions pursuant to 28 U.S.C. § 2241 need not obtain certificates of appealability under 28 U.S.C. § 2253(c)(1).  *Witham v. United States*, 355 F.3d 501, 504 (6th Cir. 2004).